# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

IN THE MATTER OF:            CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.        Chapter 11

    Debtor.

## ORDER

At Fort Wayne, Indiana, on November 01, 2018

This matter is before the Court on Debtor's Motion to Assume and Cure Debtor's Interest in Real Estate Sublease Regarding 1903 North Main Street, Rushville, IN 46173, TDAK Development, Inc. (Landlord). Following notice to all creditors and parties in interest, there being no objection thereto, and the Court being duly advised in the premises, hereby grants the Motion and it is

**ORDERED, ADJUDGED AND DECREED** that the Motion is granted. Debtor's assumption of its rights to operate the Subway® restaurant located at 1903 North Main Street, Rushville, IN 46173 is hereby approved. Debtor is further authorized to cure the pre-petition arrearage in the amount of $2,948.14 by paying said amount to TDAK Development, Inc.

**SO ORDERED.**

                                                    /s/ Robert E. Grant
                                                    Chief Judge, U.S. Bankruptcy Court