UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.        Chapter 11

     Debtor.

**DEBTOR'S REPORT OF OPERATIONS IN LIEU OF PLAN**

COMES NOW, Vision Investment Group, Inc., Debtor and Debtor-in-Possession, by counsel and files its Report of Operations in Lieu of Plan and states:

1. Vision Investment Group, Inc. ("Debtor") filed for relief under chapter 11 on May 11, 2018.

2. Since the commencement of the case, Debtor has continued in possession of its property and managed the operation of its business as a Debtor-in-Possession pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee or examiner has been appointed in this case.

3. Since the filing of the chapter 11 bankruptcy petition, Debtor has continued in its operation. Debtor has had since the date of filing, pursuant to operating reports filed, the following operating income and expenses from its business:

*May 2018 (11-31):*

| | |
|---|---|
| Total Income: | 729,957.26 |
| Total Cost of Goods Sold: | 229,326.98 |
| Gross Profit: | 500,630.28 |
| Total Expense: | 505,612.12 |
| Net Ordinary Income: | (4,981.84) |
| Total Other Income: | 265.23 |
| Net Income: | (4,716.61) |
| | |
| Total Receipts: | 739,686.55 |
| Total Disbursements: | 470,421.10 |
| Net Cash Flow: | 269,265.45 |

*June 2018*:

| | |
|---|---:|
| Total Income: | 931,767.71 |
| Total Cost of Goods Sold: | 313,814.93 |
| Gross Profit: | 617,952.78 |
| Total Expense: | 620,641.91 |
| Net Ordinary Income: | (2,689.13) |
| Total Other Income: | 367.84 |
| Net Income: | (2,321.29) |
| | |
| Total Receipts: | 1,079,817.60 |
| Total Disbursements: | 1,108,693.48 |
| Net Cash Flow: | (28,875.88) |

*July 2018*:

| | |
|---|---:|
| Total Income: | 989,670.95 |
| Total Cost of Goods Sold: | 320,176.50 |
| Gross Profit: | 669,494.45 |
| Total Expense: | 687,199.67 |
| Net Ordinary Income: | (17,705.22) |
| Total Other Income: | 255.29 |
| Total Other Expense: | 200.00 |
| Net Income: | (17,649.93) |
| | |
| Total Receipts: | 1,081,347.59 |
| Total Disbursements: | 1,049,955.22 |
| Net Cash Flow: | 31,392.37 |

*August 2018*:

| | |
|---|---:|
| Total Income: | 1,015,616.22 |
| Total Cost of Goods Sold: | 299,837.41 |
| Gross Profit: | 715,323.81 |
| Total Expense: | 710,336.89 |
| Net Ordinary Income: | 4,986.92 |
| Total Other Income: | 287.49 |
| Net Income: | 5,274.41 |
| | |
| Total Receipts: | 1,061,310.81 |
| Total Disbursements: | 969,701.31 |
| Net Cash Flow: | 91,609.50 |

*September 2018*:

| | |
|---|---:|
| Total Income: | 954,932.25 |
| Total Cost of Goods Sold: | 286,758.71 |
| Gross Profit: | 668,173.54 |
| Total Expense: | 641,934.31 |
| Net Ordinary Income: | 26,239.23 |
| Total Other Income: | 457.99 |
| Net Income: | 26,697.22 |
| | |
| Total Receipts: | 966,749.54 |
| Total Disbursements: | 962,762.38 |
| Net Cash Flow: | 3,987.16 |

4. Debtor has continued to pay its post-petition debts as they have come due. Debtor has maintained its current payments to trade creditors. Debtor has also remained current on its remittance of both state and federal employment taxes.

Since the commencement of the case, Debtor has been in the process of evaluating its operations and providing financial information for purposes of evaluation and formulation of a Chapter 11 Plan. Further, Debtor has developed a post-petition operating history providing additional information for evaluation of Chapter 11 Plan formulations including feasibility thereof. Debtor sets forth that a Chapter 11 Plan of Reorganization can be filed within the next thirty (30) days, and anticipates completion and filing of a Chapter 11 Plan and Disclosure Statement within that time period.

Respectfully submitted,

HALLER & COLVIN, PC

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
444 E. Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Facsimile: (260) 422-0274
E-mail: dskekloff@hallercolvin.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

      The undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on November 6, 2018, to the following:

Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne Street
South Bend, IN 46601

Michael P. O'Hara
Thomas P. Yoder
BARRETT McNAGNY LLP
215 East Berry Street
Fort Wayne, IN 46801
Attorneys for First Merchants Bank

Harley K. Means
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Attorney for Ford Motor Credit Company LLC

Arthur H. Rice
RICE PUGATCH ROBINSON STORFER
    & COHEN, PLLC
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301

Kenneth D. Peters
DRESSLER & PETERS LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
Attorney for Direct Capital Corporation

      The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid on November 6, 2018, to the following:

Vision Investment Group, Inc.
c/o James E. Miller, II, President
P.O. Box 415
Bluffton, IN 46714

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

                                                           /s/ Daniel J. Skekloff
                                                             Daniel J. Skekloff (#146-02)