UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| VISION INVESTMENT GROUP, INC. | )   CASE NO.   18-10864 |
| | ) |
| | ) |
| Debtors | ) |

### ORDER APPROVING DISCLOSURE STATEMENT

On  April 19, 2019

A hearing with regard to the adequacy of the debtor's disclosure statement was held at Fort Wayne, Indiana, on April 17, 2019, with Daniel Skekloff and Scot Skekloff, counsel for debtor, and Leonard Copeland, counsel for the United States Trustee, present.

The debtor's disclosure statement, filed on February 20, 2019 is approved.

SO ORDERED.

                                              */s/ Robert E. Grant*
                                        Chief Judge, United States Bankruptcy Court