UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                    CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.        Chapter 11

Debtor.

## BALLOT REPORT

COMES NOW, Debtor, Vision Investment Group, Inc., by counsel, and files this Ballot Report on its proposed Plan. Attached hereto is the summary of balloting and ballots. Further, Debtor asserts that there are no material changes from the Disclosure Statement's representations concerning the requirements for confirmation established by 11 U.S.C. §1129(a) and that there are sufficient funds available with which to make the payments due upon the effective date of the Plan.

Respectfully submitted,

HALLER & COLVIN, PC

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
444 E. Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Facsimile: (260) 422-0274
E-mail: dskekloff@hallercolvin.com
Attorney for Debtor

32858/000/00935483-1 SMB

# CERTIFICATE OF SERVICE

The undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on June 4, 2019, to the following:

Ellen L. Triebold
Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne Street
South Bend, IN 46601

Michael P. O'Hara
Thomas P. Yoder
BARRETT McNAGNY LLP
215 East Berry Street
Fort Wayne, IN 46801
Attorneys for First Merchants Bank

Harley K. Means
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
Attorney for Ford Motor Credit Company LLC

Arthur H. Rice
RICE PUGATCH ROBINSON STORFER
  & COHEN, PLLC
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301
Attorney for Bridge Funding Group, Inc.

Kenneth D. Peters
DRESSLER & PETERS LLC
70 W. Hubbard Street, Suite 200
Chicago, IL 60654
Attorney for Direct Capital Corporation

The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid, on June 4, 2019, or if indicated, by U.S. Certified Mail, Return Receipt Requested, to the following:

Vision Investment Group, Inc.
c/o James E. Miller, II, President
P.O. Box 415
Bluffton, IN 46714

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

On Deck Capital, Inc.
c/o Christine Levi
101 West Colfax Ave., 10th Floor
Denver, CO 80202

*Largest 20 Unsecured Creditors*:

Airgas USA, LLC
POB 802576
Chicago, IL 60680-2576

Bank of America *(via U.S. Certified Mail)*
POB 982238
El Paso, TX 79998-2238

BB&T Commercial Equipment Capital
(Susquehanna) *(via U.S. Certified Mail)*
2 Great Valley Parkway, Suite 300
Malvern, PA 19355

Bruce Miller
POB 217
Bluffton, IN 46714-0217

Cardmember Service
POB 108
Saint Louis, MO 63166-0108

Chase *(via U.S. Certified Mail)*
POB 15123
Wilmington, DE 19850-5123

Cintas
POB 635208
Cincinnati, OH 45263

Citibank Visa
POB 688901
Des Moines, IA 50368-8901

Direct Capital
155 Commerce Way
Portsmouth, NH 03801

Faegre Baker Daniels LLP
75 Remittance Drive Dept. 6952
Chicago, IL 60675-6952

Indiana Logo Sign Group
600 E. 96th Street, Suite 460
Indianapolis, IN 46240

National Oil & Gas
POB 476
Bluffton, IN 46714-0476

On Deck Capital, Inc.
101 West Colfax Ave., 10th Floor
Denver, CO 80202

PNC Bank *(via U.S. Certified Mail)*
POB 3429
Pittsburgh, PA 15230-3429

PNC Bank
POB 5570
Cleveland, OH 44101-0570

Praxair Distribution, Inc. - WSI
Dept. CH 10660
Palatine, IL 60055-0660

U.S. Bank Equipment Finance
4 Country Club Circle, Suite 202
Maumelle, AR 72113

Wells Fargo Bank *(via U.S. Certified Mail)*
MAC S4101-050
POB 29482
Phoenix, AZ 85038-8650

Wells Fargo Bank Visa
POB 29482
Phoenix, AZ 85038-8650

Western Equipment Finance
503 HWY 2 W
POB 640
Devils Lake, ND 58301-0640

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)

```
Label Matrix for local noticing          Airgas USA, LLC                          (p)BANK OF AMERICA
0755-1                                   POB 802576                               PO BOX 982238
Case 18-10864-reg                        Chicago, IL 60680-2576                   EL PASO TX 79998-2238
Northern District of Indiana
Fort Wayne Division
Tue Jun  4 09:55:32 EDT 2019

Bruce Miller                             (p)US BANK                               Chase Bank USA NA
POB 217                                  PO BOX 5229                              Robertson, Anschutz & Schneid PL
Bluffton, IN 46714-0217                  CINCINNATI OH 45201-5229                 6409 Congress Avenue Suite 100
                                                                                  Boca Raton, FL 33487-2853


Cintas                                   (p)CITIBANK                              Direct Capital
POB 635208                               PO BOX 790034                            155 Commerce Way
Cincinnati, OH 45263-5208                ST LOUIS MO 63179-0034                   Portsmouth, NH 03801-3243



Faegre Baker Daniels LLP                 First Merchants                          GM Financial
75 Remittance Drive Dept. 6952           118 E. Ludwig Road                       POB 183593
Chicago, IL 60675-6952                   Fort Wayne, IN 46825-4245                Arlington, TX 76096-3593



Indiana Logo Sign Group                  National Oil & Gas                       PNC Bank
600 E. 96th Street, Suite 460            POB 415                                  POB 5570
Indianapolis, IN 46240-3823              Bluffton, IN 46714-0415                  Cleveland, OH 44101-0570



PNC Bank                                 U.S. Bank Equipment Finance              United Capital Business Lending
POB 3429                                 4 Country Club Circle, Suite 202         POB 677
Pittsburgh, PA 15230-3429                Maumelle, AR 72113-6152                  Hunt Valley, MD 21030-0677



Wells Fargo Bank                         Wells Fargo Bank Visa                    Western Equipment Finance
MAC S4101-050                            POB 29482                                503 HWY 2 W
POB 29482                                Phoenix, AZ 85038-9482                   POB 640
Phoenix, AZ 85038-9482                                                            Devils Lake, ND 58301-0640
```

```
                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

```
Bank of America                          Cardmember Service                       Citibank Visa
POB 982238                               POB 108                                  POB 688901
El Paso, TX 79998-2238                   Saint Louis, MO 63166-0108               Des Moines, IA 50368-8901



End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20
```

## TABULATION OF ACCEPTANCES AND REJECTIONS OF PLAN

Chapter 11 Case: Vision Investment Group, Inc.

Case No.: 18-10864

Date: June 4, 2019

| Class | | No. of Claims Voting | No. of Acceptances Filed | No. of Rejections Filed | $Amount of Claims Voting | $Amount of Acceptances Filed | $Amount of Rejections Filed |
|---|---|---|---|---|---|---|---|
| 1 | Administrative Exp. | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 2 | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance Allowed Secured Claim | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 3 | The Coca Cola Company Allowed Secured Claim | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 4 | Direct Capital Corporation Allowed Secured Claim | 1 | 1 | 0 | $25,574.57 | $25,574.57 | $0.00 |
| 5 | Bridge Funding Group, Inc. Allowed Secured Claim | 1 | 1 | 0 | $1,375,000.00[1] | $1,375,000.00 | $0.00 |
| 6 | First Merchants Bank Allowed Secured Claim | 1 | 1 | 0 | $100,000.00 | $100,000.00 | $0.00 |
| 7 | Americredit Financial Services, Inc. d/b/a GM Financial Allowed Secured Claim | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 8 | Deere & Company d/b/a John Deere Financial Allowed Secured Claim | 1 | 1 | 0 | $4,526.00 | $4,526.00 | $0.00 |
| 9 | Priority Tax Claims | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| 10 | Unsecured Claims | 3 | 3 | 0 | $861,453.45 | $861,453.45 | $0.00 |
| 11 | Debtor | - | - | - | - | - | - |
| | Total: | 7 | 7 | 0 | $2,366,554.02 | $2,366,554.02 | $0.00 |

The undersigned certifies, under penalty for perjury, that this Tabulation of Acceptances and Rejections of the Plan of Reorganization in this case is a true, correct and accurate report of all Ballots returned by creditors.

---

[1] Less any principal paid during case as AP.

32858/000/00935483-1 SMB

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
HALLER & COLVIN, PC
444 E. Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Facsimile: (260) 422-0274
E-mail: dskekloff@hallercolvin.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.              Chapter 11

    Debtor.

### CLASS [4] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [4] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.**

**If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [4] claim against the Debtors in the unpaid amount of $ 25,574.57

(Check one box only):    [✓] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: 4/29/19

Return this Ballot to:         Print or type name of creditor: Direct Capital Corp

Daniel J. Skekloff, Esq.       Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.          Title (if corporation, LCC or Partnership): Legal Collections Mgr.
444 E. Main Street
Fort Wayne, IN 46802           Address: 155 Commerce Way

                                            Portsmouth, NH 03801

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                         CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.             Chapter 11

    Debtor.

### CLASS [5] BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [5] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.**

**If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [5] claim against the Debtors in the unpaid amount of $1,375,000.- *

(Check one box only):     [X] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: 5/8/19

Return this Ballot to:    Print or type name of creditor: Bridge Funding Group, Inc

Daniel J. Skekloff, Esq.   Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.      Title (if corporation, LCC or Partnership): Atty in Fact
444 E. Main Street
Fort Wayne, IN 46802       Address: c/o Scott Milchuk, SVP
                           1165 NW 148th Street, Miami Lakes, FL 33016

* Less any principal pd during case as AP

32858/000/00919956-1 SMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                           CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.               Chapter 11

    Debtor.

## CLASS [6] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.

If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [ 6 ] claim against the Debtors in the unpaid amount of $ 100,000.00

(Check one box only):    [X] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: May 23, 2019

Return this Ballot to:          Print or type name of creditor: First Merchants Bank

Daniel J. Skekloff, Esq.        Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.           Title (if corporation, LCC or Partnership): Attorney
444 E. Main Street
Fort Wayne, IN 46802            Address: 215 East Berry Street
                                         Fort Wayne, Indiana 46802

32858/000/00919956-1 SMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                         CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.             Chapter 11

    Debtor.

## CLASS [8] BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [8] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.**

**If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [ 8 ] claim against the Debtors in the unpaid amount of $ 4526.00

(Check one box only):        [✓] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: May 14, 2019

Return this Ballot to:            Print or type name of creditor: Deere & Company d/b/a John Deere Financial

Daniel J. Skekloff, Esq.          Signature: [signature]
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.             Title (if corporation, LCC or Partnership): Litigation Administrator
444 E. Main Street
Fort Wayne, IN 46802              Address: PO Box 6600
                                  Johnston, IA 50131

32858/000/00919956-1 SMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                              CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.                  Chapter 11

    Debtor.

### CLASS [10] BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [10] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.**

**If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [10] claim against the Debtor in the unpaid amount of $50,267.19.

(Check one box only):   [ X ] ACCEPTS THE PLAN        [ ] REJECTS THE PLAN

Dated: 5/21/19

Return this Ballot to:                  Print or type name of creditor: National Oil & Gas

Daniel J. Skekloff, Esq.                Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.                   Title (if corporation, LCC or Partnership): President
444 E. Main Street
Fort Wayne, IN 46802                    Address:  2829 E St Rd 124
                                                  Bluffton IN 46714

32858/000/00927061-1 SMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                              CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.                  Chapter 11

   Debtor.

### CLASS [10] BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [10] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.**

**If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [10] claim against the Debtors in the unpaid amount of $144,710.85

(Check one box only):   [X] ACCEPTS THE PLAN    [ ] REJECTS THE PLAN

Dated: _____

Return this Ballot to:          Print or type name of creditor: Bridge Funding Group, Inc

Daniel J. Skekloff, Esq.        Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.           Title (if corporation, LCC or Partnership): All in Fort
444 E. Main Street
Fort Wayne, IN 46802            Address: c/o Scott Milchuk, SVP
                                7105 NW 148th Street, Miami Lakes, FL 33016

32858/000/00919956-1 SMB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:            CASE NO. 18-10864

VISION INVESTMENT GROUP, INC.     Chapter 11

    Debtor.

### CLASS [10] BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Vision Investment Group, Inc., Debtor and Debtor-in-Possession, filed a Plan of Reorganization dated February 20, 2019 (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Daniel J. Skekloff/Scot T. Skekloff, Haller & Colvin, P.C., 444 E. Main Street, Fort Wayne, Indiana 46802, Telephone: (260) 426-0444; Facsimile: (260) 422-0274. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class [ ] under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you received a ballot form for the incorrect Class for your claim under the Plan, insert the correct class in the blank provided below.

If your ballot is not received by Daniel J. Skekloff/Scot T. Skekloff, 444 E. Main Street, Fort Wayne, Indiana 46802, on or before May 29, 2019, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class [10] claim against the Debtors in the unpaid amount of $ __666,475.41__

(Check one box only):     [ X ] ACCEPTS THE PLAN     [  ] REJECTS THE PLAN

Dated: __May 23, 2019__

Return this Ballot to:     Print or type name of creditor: __First Merchants Bank__

Daniel J. Skekloff, Esq.     Signature: _____
Scot T. Skekloff, Esq.
HALLER & COLVIN, P.C.     Title (if corporation, LCC or Partnership): __Attorney__
444 E. Main Street
Fort Wayne, IN 46802     Address: __215 East Berry Street__
                                      __Fort Wayne, Indiana 46802__

32858/000/00919956-1 SMB