UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-10864 |
| | ) | CHAPTER | 11 |
| VISION INVESTMENT GROUP, INC. | ) | REG/tb | |
| | ) | | |
| Debtor(s) | | | |

**ORDER CONFIRMING PLAN**

Dated on    June 20, 2019

A hearing with regard to the issues raised by confirmation of the proposed chapter 11 plan was held at Fort Wayne, Indiana, on June 19, 2019, with Daniel Skekloff, counsel for debtor, and Ellen Triebold, counsel for the United States Trustee, present.

Debtor's chapter 11 plan, filed on February 20, 2019, is confirmed.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert E. Grant
　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court