**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

**IN THE MATTER OF:**             **CASE NO. 18-10864**

**VISION INVESTMENT GROUP, INC.**       **Chapter 11**

    **Debtor.**

**FINAL DECREE**

    At Fort Wayne, Indiana, on ___ July 29, 2019

    The Chapter 11 estate of Vision Investment Group, Inc., Debtor herein, having been fully administered,

    **IT IS ORDERED THAT:**

    The Chapter 11 case of the above-named Debtor is closed.

    **SO ORDERED.**

                                                             /s/ Robert E. Grant
                                                           Chief Judge, U.S. Bankruptcy Court